UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:09CR220(ERW) |
| CYNTHIA LEE PITTS, | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Patrick Kilgore, 200 S. Bemiston, Suite 310, Clayton, Missouri 63105, (314) 421-6900, is appointed to represent Defendant Cynthia Pitts in this cause of action.

**IT IS FURTHER ORDERED** that upon request from newly appointed counsel, the Clerk's Office shall provide copies of the case file.

Dated this 20th day of August, 2009

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE